Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
CHARITY WILLIAMS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| CHARITY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> J.C. CHRISTENSEN & ASSOCIATES, INC., <br><br> Defendant. | Case No.: 11-cv-2375 <br><br> **NOTICE OF SETTLEMENT** |

    NOW COMES the Plaintiff, CHARITY WILLIAMS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                  Respectfully Submitted,

DATED: November 9, 2011        KROHN & MOSS, LTD.


                               By: /s/ Nicholas J. Bontrager          _

                                   Nicholas J. Bontrager
                                   Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on November 9, 2011, I served Michael A. Klutho, counsel of defendant, with a copy of this document by way of electronic mail at mklutho@bassford.com.


                               By:    /s/ Nicholas J. Bontrager       _

                                      Nicholas J. Bontrager, Esq.